MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

BROOKS, PHILLIP,
BROOKS, KIMBERLY ANN

Case No. 09-34335
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

    Unclaimed Dividends

X     Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MAYO CLINIC ROCHESTER BR SDS-12-2932 PO BOX 86 MINNEAPOLIS, MN 55486-2932 | 11 | 630.47 | 1.52 |
| Recovery Management Systems Corporation For GE Money Bank, 25 SE 2nd Ave, Ste 1120 Miami, FL 33131 | 14 | 169.67 | 0.41 |

Date: February 2, 2011

Patti J. Sullivan, Trustee